UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE DIAZ,

                Plaintiff,

vs.                                            Civil Action No.:
                                                1:24-CV-08190

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

## ORDER

       AND, NOW, this __6__ day of January, 2025, upon consideration of Plaintiff's Motion for an extension of time to file her brief,

       IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's brief is due February 28, 2025. Defendant's brief is due April 29, 2025. Plaintiff's reply, if any, is due May 13, 2025.

Date: 1/6/2025
New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE