**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------------X
 JOSE DIAZ,

                              Plaintiff,              24 **CIVIL** 8190 (VSB)(RFT)

        -v-                                              **JUDGMENT**


LELAND DUDEK, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                              Defendant.
----------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated April 23, 2025, that this action be, and hereby

is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of

42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Administrative Law

Judge will be instructed to offer the Plaintiff the opportunity for a hearing and issue a new

decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York


        April 23, 2025


                                        **TAMMI M. HELLWIG**
                                        _____
                                             **Clerk of Court**


                        **BY:**
                                        _____
                                             **Deputy Clerk**